JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donna Brooks, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Leonora Thomas, an individual; 9124 Foothill, LLC, a California limited liability company (successor to 9172 Foothill Plaza, a California limited partnership); Rancho Just Bargain Stores Inc., a California corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 21-611-GW-JPRx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 14, 2021<br>Trial Date:　　Not on Calendar |

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Donna Brooks' action against Defendants Leonora Thomas, 9124 Foothill, LLC, and Rancho Just Bargain Stores Inc., is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 18, 2021

Hon. George H. Wu
United States District Judge